KENNETH J. RIGNEY ET AL. *v.* CHRISTINA MARTIN
(AC 31282)

Bishop, Gruendel and Schaller, Js.

Argued March 8—officially released April 6, 2010

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* ROBERT A. PEARL
(AC 30810)

Bishop, DiPentima and Peters, Js.

Argued March 10—officially released April 6, 2010

Per Curiam. The judgment is affirmed.

PHILIP MANN *v.* COMMISSIONER OF CORRECTION
(AC 30313)

Flynn, C. J., and Alvord and Hennessy, Js.

Argued March 8—officially released April 6, 2010

Per Curiam. The appeal is dismissed.